# Schedules CC

SCHEDULE "CC"
LEGAL DESCRIPTION

Cameron County, Texas

Tract: RGV-HRL-6027          Owner: Juan G. Rodriguez          Acreage: 0.25

**BEING** a 0.25 of one acre tract of land, out of Tracts "P" and "Q", in the San Pedro de Carricitos Grant, Cameron County, Texas, out of a called 5.707 acre tract conveyed to Juan G. Rodriguez by Warranty Deed filed for record on August 13, 1996 and recorded in Volume 3983, Page 56, Official Records of Cameron County, Texas; more particularly described by metes and bounds as follows:

**BEGINNING** at a 1/2" rebar with "CEC" cap set (NAD 83 (CORS) grid coordinate – Northing: 16530269.25, Easting: 1269551.03 on the east boundary line of said 5.707 acre tract and the west boundary line of a 33.28 acre reserve area in the George Zepeda Subdivision, recorded in Cabinet 1, Page 1334-B, Map Records of Cameron County, Texas; for the northeast corner of the herein described tract, from which a 1/2" rebar found near the south right-of-way line of U.S. Highway 281 at the northeast corner of a 11.414 acre tract conveyed to Juan G. Rodriguez as recorded in Volume 3983, Page 60, Official Records of Cameron County, Texas, bears North 12° 01' 45" East, (North 02° 06'54" East, Record) a distance of 5139.58 feet, and from which the Tahuachal Banco No. 9 permanent monument bears North 69° 36'00" East a distance of 3251.10 feet;

**(1)** **THENCE,** South 12° 02' 08" West, (South 02° 06'54" West, Record) along the east boundary line of said 5.707 acre tract, the west boundary line of said 33.28 acre reserve area, a distance of 63.77 feet to a point, the southeast corner of the herein described tract;

**(2)** **THENCE,** North 58° 10' 15" West, departing the west boundary line of said 33.28 acre reserve area, the east boundary line of said 5.707 acre tract and crossing said 5.707 acre tract a distance of 179.93 feet to a point on the west boundary line of said 5.707 acre tract and the east boundary line of a remaining portion of a 102.814 acre tract conveyed to Alberto Zepeda, Jr., Carlos Zepeda and George Zepeda, recorded in Volume 1205, Page 310, Official Records of Cameron County, Texas, the southwest corner of the herein described tract;

**(3)** **THENCE,** North 12° 19' 25" East, (North 02° 24'11" East, Record) along the east boundary line of said remaining portion of a 102.814 acre tract, the west boundary line of said 5.707 acre tract, a distance of 63.65 feet to a 1/2" rebar with "CEC" cap set for the northwest corner of the herein described tract;

**(4)**   **THENCE,** South 58° 10' 15" East, departing the east boundary line of said remaining portion of a 102.814 acre tract, the west boundary line of said 5.707 acre tract and crossing said 5.707 acre tract, a distance of 179.59 feet, to the **POINT OF BEGINNING,** and containing 0.25 of one acre (10,786 square feet) of land, more or less.

                                                                Tract:  RGV-HRL-6027

# Schedules DD

SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV-HRL-6027
Owner: Juan G. Rodriguez
Acres: 0.25
Cameron County, Texas

# Schedules EE

SCHEDULE "EE"
ESTATE TAKEN

Tract: RGV-HRL-6027        Owner: Juan G. Rodriguez        Acres: 0.25

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines. The estate taken is made subject to a dominant easement appurtenant for access in common with others (including the United States) at the location depicted on the map attached as Exhibit A ("Easement Appurtenant"). The Easement Appurtenant provides Owner with right of way from U.S. Highway 281; along the road easement identified on Exhibit A as Tracts RGV-HRL-6026E-1, RGV-HRL-6033E-1, RGV-HRL-6034E-1, and RGV-HRL-6038E-1, collectively known as Pool Road; to and across lands acquired for border barrier purposes, including the right to pass at all times through a 50-foot opening in the border barrier or gate identified on Exhibit A as Gate O-16-1 (Pool Rd); then along the southern boundary of lands acquired for border barrier purposes but not improved with said border barrier at least 10 feet in width, to Owner's land lying on the river side of said border barrier.  The Easement Appurtenant shall run with title to that real estate of the Owner lying between the Rio Grande River and the border barrier that would benefit from a right of way.

The estate taken excepts and excludes all interests in minerals and in water distribution and drainage systems, provided that any surface rights arising from the excluded interests in water distribution and drainage systems are subordinated to the construction, operation and maintenance of the border barrier.

The Easement Appurtenant reserved to Owner and their successors and assigns to travel across the IBWC levee, if any, is made subject to the operational needs of the United States, through the International Boundary and Water Commission for constructing, operating and maintaining suitable levees and for flood control purposes.

.

EXHIBIT A

Tract: RGV-HRL-6027
Owner: Juan G. Rodriguez
Cameron County, Texas

# Schedules GG

SCHEDULE "GG"
NAMES AND ADDRESSES OF INTERESTED PARTIES:


Juan G. Rodriquez and Maria I. Rodriquez (aka Maria G. Rodriquez) (husband and wife)

San Benito, TX 78586

Tony Yzaguirre, Jr.
Tax Assessor-Collector
P.O. Box 952
Brownsville, Texas 78522-0952

Carlos Zepeda, Jr.

San Benito, Texas 78586
(by virtue of a Water Rights Conveyance documented at Vol. 4/767, Appropriation of Water Rights Records, Cameron County, Texas)

Sulema R. Zarate

Brownsville, Texas 78520
(by virtue of a Deed of Trust documented at Vol. 6536/179, Official Records, Cameron County, Texas)

Midland Funding, LLC
Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, registered agent
701 Brazos, Suite 1050
Austin, Texas 78701
(by virtue of a judgment documented at Vol. 15192/289, Official Records, Cameron County, Texas)

Office of Attorney General (Texas)
1820 West Jefferson Ave.
Harlingen, Texas 78550
(by virtue of child support liens documented at Vols. 14225/68, 8680/3, 12934/116, 13544/243, Official Records, Cameron County, Texas)

First Rio Valley Medical, P.A.
William L. Rentfro, registered agent
185 E. Ruben Torres Sr. Blvd.
Brownsville, Texas 78520
(by virtue of a judgment documented at Vol. 9699/68, Official Records, Cameron County, Texas

Internal Revenue Service
Attn: Donna Morris, Senior Commissioner
4050 Alpha Road
Farmers Branch, Texas 75244
(by virtue of Federal Tax liens documented at Vols. 10451/152, 6521/109, 7803/311,
Official Records, Cameron County, Texas